**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THEO W. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-06-679-R |
| | ) |
| MICHAEL ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered August 27, 2007. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, the decision of the Commissioner denying Plaintiff's application for disability insurance benefits is REVERSED and this case is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE